1  Bradley E. Schwan, Bar No. 246457
   bschwan@littler.com
2  Guillermo E. Ortiz, Bar No. 284900
   gortiz@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
4  Los Angeles, California  90067-3107
   Telephone:  310-553-0308
5  Facsimile:     310-553-5583

6  Attorneys for Defendant
   J.B. HUNT TRANSPORT, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | TITO AYALA, an individual,         | Case No.  2:22-cv-03095-GW-AS
12 |           Plaintiff,               | **CERTIFICATE OF SERVICE OF INITIATING DOCUMENT(S)**
13 |      v.                            |
14 | J.B. HUNT TRANSPORT INC., a Georgia Corporation; and DOES 1 through 50, inclusive, | Los Angeles Superior Court Case No. 21STCV42700
15 |                                    | Complaint Filed: November 18, 2021
16 |           Defendants.              |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310-553-0308

CERTIFICATE OF SERVICE OF INITIATING DOCUMENT(S)

# CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 633 W. Fifth Street, 63rd Floor, Los Angeles, CA 90071.

On May 9, 2022, I served the foregoing document(s) entitled:

| | |
|---|---|
| **DOC 1** | **DEFENDANT J.B. HUNT TRANSPORT, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| **DOC 1-1** | **DECLARATION OF MARK JOSTAD IN SUPPORT OF DEFENDANT J.B. HUNT TRANSPORT, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT** |
| **DOC 1-2** | **DECLARATION OF BRADLEY E. SCHWAN IN SUPPORT OF DEFENDANT J.B. HUNT TRANSPORT, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| **DOC 2** | **CIVIL COVER SHEET** |
| **DOC 3** | **DEFENDANT J.B. HUNT TRANSPORT, INC.'S NOTICE OF INTERESTED PARTIES** |
| **DOC 4** | **DEFENDANT J.B. HUNT TRANSPORT INC.'S CORPORATE DISCLOSURE STATEMENT** |
| **DOC 5** | **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES** |
| **DOC 6** | **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM** |
| **DOC 7** | **NOTICE OT COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

on the interested parties in this as follows:

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310-553-0308

| | |
|---|---|
| Janeen Carlberg, Esq.<br>LAW OFFICES OF JANEEN CARLBERG<br>1912 N. Broadway, Suite 106<br>Santa Ana, CA 92706<br>Tel.: (714) 665-1900<br>Fax: (714) 665-1920 | Email List:<br>jcarlberg@lawfirmoc.com<br>info@lawfirmoc.com<br><br>*Attorney for Plaintiff, Tito Ayala* |

☒ **BY ELECTRONIC MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is laispuro@littler.com:

I hereby certify that I am employed in the Office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 9, 2022, at Los Angeles, California.

*/s/ Laura Aispuro*
Laura Aispuro

4879-6586-4991.1 / 023293-1752

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310-553-0308

3
CERTIFICATE OF SERVICE OF INITIATING DOCUMENT(S)